UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABIGAIL M. BROWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:24-cv-1263

Hon. Hala Y. Jarbou

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the complaint is **DISMISSED** without prejudice.

Dated: June 16, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE